UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROMAN VASILCHUK,

                Petitioner,

      v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT FIELD OFFFICE
DIRECTOR,

                Respondents.

CASE NO. C26-0038JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court are Petitioner Roman Vasilchuk's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Respondent's return. (Pet. (Dkt. # 3); Return (Dkt. # 6).) Respondent represents that Mr. Vasilchuk signed a travel document for Ukraine on January 17, 2026. (Baz Decl. (Dkt. # 8) ¶ 18.) Petitioner has not filed a traverse. (*See generally* Dkt.) The court ORDERS Respondent to file an update on the status of its

MINUTE ORDER - 1

efforts to remove Mr. Vasilchuk including his current location, by **Thursday, February 26, 2026, at 5:00 p.m. (PT)**.

Filed and entered this  23rd  day of February, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2